STATE OF NEW JERSEY v. TRACY GRANT.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MCCLOSKEY BURNS.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEE S. BEY.

June 20, 1983.

Petition for certification denied.

HAROLD MANGINI v. CHARLES STRANGE.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF L.M.C.

June 28, 1983.

Petition for certification denied.